

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| GARY E. RADI,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES MacDONALD, Warden, Crossroads Correction Center; ALLISON VARNUM, Medical Supervisor;<br>　　　　　　　Defendants. | No. CV 04-37-GF-SEH<br><br>**ORDER** |

　　　　On August 18, 2006, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

　　　　Judge Ostby found: (1) Plaintiff's claims under state statutory and contract law would present issues of first impression to the Montana Supreme Court, and thus this Court should

---

[1] Docket No. 48.

decline to exercise supplemental jurisdiction over those claims; (2) Defendants established the absence of a genuine issue of material fact regarding the care Plaintiff received; (3) Plaintiff had an opportunity to respond and did respond to Defendants' contentions; and (4) Plaintiff could not show deliberate indifference on the part of the Defendants. Judge Ostby recommended the Defendants' Motion for Summary Judgment[2] should be granted. I see no clear error in Judge Ostby's Findings and Recommendation. I, therefore, adopt Judge Ostby's Findings and Recommendation in full.

ORDERED:

Defendants' Motion for Summary Judgment is GRANTED.

DATED this 11th day of September, 2006.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 33.